<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**7**__

</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ParkHill Pediatric Surgery Center, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Legent Pediatric Surgery Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **8  1 – 0  6  9  0  5  7  7** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7000 West Plano Pkwy, Suite 100**<br>Number    Street | Number    Street<br><br>P.O. Box |
| **Plano**          **TX**   **75093**<br>City          State   ZIP Code | City          State   ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**7150 Greenville Avenue**<br>Number    Street<br>**Greenville Medical Tower, Suite 400**<br><br>**Dallas**          **TX**   **75231**<br>City          State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://parkhill-surgery.com/** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

**7.  Describe debtor's business**

A.  *Check one:*

☒  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__6__  __2__  __1__  __9__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒  Chapter 7

☐  Chapter 9

☐  Chapter 11.  *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **ParkHill Pediatric Surgery Center, LLC**                          Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.  District  **Northern District, Dallas Divis**  When  **05/29/2020**  Case number  **20-31534-HD**
        MM / DD / YYYY

District _____  When _____  Case number _____
                          MM / DD / YYYY

District _____  When _____  Case number _____
                          MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  **ParkHill Imaging Center Dallas, LLC**  Relationship  **Affilliate**

District  **Eastern District, Sherman Division**  When _____
                                                  MM / DD / YYYY

Case number, if known  **20-** _____

Debtor _____  Relationship _____

District _____  When _____
                                    MM / DD / YYYY

Case number, if known _____

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **7150 Greenville Avenue**
                            Number      Street

**Greenville Medical Building, Suite 400**

**Dallas**                              **TX**        **75231**
City                                    State     ZIP Code

**Is the property insured?**

☐ No

☑ Yes.  Insurance agency  **CNA**

        Contact name    **Galyean Insurance Agency**

        Phone           **(972) 772-2390**

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                 ☐ 1,000-5,000            ☐ 25,001-50,000
☑ 50-99                ☐ 5,001-10,000           ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000          ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000                 ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000           ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million        ☐ $100,000,001-$500 million       ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000                 ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000           ☑ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million        ☐ $100,000,001-$500 million       ☐ More than $50 billion

Debtor  **ParkHill Pediatric Surgery Center, LLC**_____  Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/04/2021**_____
MM / DD / YYYY

X **/s/ Glen R. Wyant**_____
Signature of authorized representative of debtor

**Glen R. Wyant**_____
Printed name

**Manager**_____
Title

**18.  Signature of attorney**

X **/s/ Mark Ian Agee**_____  Date **01/04/2021**_____
Signature of attorney for debtor             MM / DD / YYYY

**Mark Ian Agee**_____
Printed name

**Mark Ian Agee, Attorney at Law**_____
Firm name

**6318 E. Lovers Lane**_____
Number      Street

_____

**Dallas**_____  **TX**_____  **75214**_____
City                          State      ZIP Code

**(214) 320-0079**_____  **Mark@DallasBankruptcyLawyer.com**
Contact phone                    Email address

**00931900**_____  **TX**_____
Bar number                       State

**Fill in this information to identify the case**

Debtor name    __**ParkHill Pediatric Surgery Center, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

2.    **Cash on hand**    _____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Bank Checking account xxxx-1855** | **Checking account** | 1  8  5  5 | $0.00 |

4.    **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.    | $0.00 |

---

### Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    **ParkHill Pediatric Surgery Center, LLC**
Name

Case number (if known)

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

Current value of debtor's interest

$0.00

---

## Part 3:    Accounts receivable

**10.    Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**11.    Accounts receivable**

Current value of debtor's interest

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a.  90 days old or less: | $84,602.00 | – | $63,452.00 | = ............. → | $21,150.00 |
| 11b.  Over 90 days old: | $216,374.00 | – | $211,230.00 | = ............. → | $5,144.00 |

**12.    Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$26,294.00

---

## Part 4:    Investments

**13.    Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.    Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                    % of ownership: | | |
| **16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17.    Total of Part 4** Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

---

## Part 5:    Inventory, excluding agriculture assets

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☑  Yes.  Fill in the information below.

Debtor  **ParkHill Pediatric Surgery Center, LLC**
Name

Case number (if known) _____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Main OR Inventory | 12/16/2020 | | | $12,096.39 |
| Suture Carts | 12/16/2020 | | | $5,068.17 |
| Anesthesia Carts | 12/16/2020 | | | $7,364.32 |
| Anesthesia Room Supplies | 12/16/2020 | | | $8,647.71 |
| Pre-Op Supplies | 12/16/2020 | | | $2,348.80 |
| Pre OP Cart | 12/16/2020 | | | $376.65 |
| SPD Decontamination Room | 12/16/2020 | | | $1,298.47 |
| GI Room Supplies | 12/16/2020 | | | $2,800.50 |
| Pharmacy Supplies | 12/16/2020 | | | $10,803.47 |
| Extras | 12/16/2020 | | | $2,075.98 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $52,880.46 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

Debtor __**ParkHill Pediatric Surgery Center, LLC**_____    Case number (if known) _____
      Name

**34.** **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office Furniture & Fixtures** | **$0.00** | | **$0.00** |
| **40. Office fixtures** | | | |
| **Tenant Improvement** | **$2,239,963.00** | | **Unknown** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Artwork** | **$0.00** | | **$500.00** |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$500.00** |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

Debtor   **ParkHill Pediatric Surgery Center, LLC**   Case number (if known) _____
       Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| Machinery | $0.00 | | $22,150.00 |
| Medical Equipment | $0.00 | | $450,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $472,150.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| https://parkhill-surgery.com/ | **Unknown** | | **Unknown** |
| **62.** **Licenses, franchises, and royalties** | | | |
| Texas Health & Human Services License | **$0.00** | | **$0.00** |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

| | |
|---|---|
| **66.** **Total of Part 10.** Add lines 60 through 65.  Copy the total to line 89. | **$0.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11: All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** | |
| Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| General Liability, Contents, Medical Liability, CNA Insurance, Galyhean Insurance Agency, 6130 S FM 549, Rockwall, TX 75032 | **$0.00** |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| PSN Affiliates, LLC-Greenville Avenue Series 1; PSN Affiliates, LLC-Greenville Avenue Series 2 & Jordan Fowler v. ParkHill Pediatric Surgery Center, LLC, ParkHill Imaging Center Dallas, LLC, Glen R. Wyant, Michael Biavati, & Cynthia L. Beauchamp, pending in the 298th Dallas County District Court, Cause No. DC-20-07472 | **Unknown** |
| Nature of claim       Breach of contract; Receiver appt. | |
| Amount requested | |

Debtor    __ParkHill Pediatric Surgery Center, LLC__    Case number (if known) _____
　　　　　Name

**Unfiled potential claim against Ferguson Braswell Fraser Kubasta PC for failure of Chapter 11 Bankruptcy Case.**                                                                                                                    **Unknown**

| Nature of claim | __Legal Malpractice__ |
| --- | --- |
| Amount requested | _____ |

**Unfiled claims against PSN Services and other PSN entities for theft/misappropriation of funds, breach of contract, and breach of fiduciary duty during the time PSN Services was managing the Debtor's business. There are also claims against the PSN Affiliates (including Jordan, PSN Group, PSN Invesco, PSN Affiliates, PSN Series Mapleshade, PSN Series, and others) for improperly withdrawing their capital contributions, conversion, etc. See below.**                    **Unknown**

| Nature of claim | __Various__ |
| --- | --- |
| Amount requested | _____ |

**Unfiled claims against Jordan Fowler & various PSN Entities for breach of fiduciary duty based on their exercising management power to, among many other things, (1) prevent PICD and PPSC from negotiating a resolution of their disputes with the landlord, which led directly to the landlord locking them out and terminating their leases, (2) prevent PPSC's chapter 11 bankruptcy from going forward, (3) prevent PPSC from defending itself and bringing counterclaims in the arbitration with PSN Services. Contribution & Conversion. Breach of contract due to lost revenue for failing to bill, collect co-pays. Aided & Abetted by Jamie Welton and Barnes & Thornburg, PLLC.**                                                                                          **Unknown**

| Nature of claim | __Various__ |
| --- | --- |
| Amount requested | _____ |

**Unfiled Claims against Jeffrey Michael Peterson, in-house counsel for PSN an PSN for payments made from Debtor to officers of PSN entities.**                                                    **Unknown**

| Nature of claim | __Various__ |
| --- | --- |
| Amount requested | _____ |

**Probable counter-claims in recently filed NFS Leasing, Inc. v. Debtor in Essex County Superior Court, 43 Appleton Way, Lawrence, MA, 01841. Debtor may be represented by Jenny Liu, Attorney.**                                                                                                                  **Unknown**

| Nature of claim | __Counter-Claim - misrepresentation etc.__ |
| --- | --- |
| Amount requested | _____ |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                                                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **ParkHill Pediatric Surgery Center, LLC**
_____
Name

Case number (if known) _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,294.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $52,880.46 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $472,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $551,824.46 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................................. **$551,824.46**

**Fill in this information to identify the case:**

Debtor name **ParkHill Pediatric Surgery Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

| **2.1** Creditor's name **Dallas County, CO Elizabeth Weller** | **Describe debtor's property that is subject to a lien** | $11,704.17 | $0.00 |
|---|---|---|

Creditor's mailing address
**Linebarger, Goggan, Blair & Sampson**

**2777 N. Stemmons Freeway, Suite 1000**

**Dallas          TX    75207**

Creditor's email address, if known
**bankruptcy@publicans.com**

Date debt was incurred      **2020**

Last 4 digits of account
number          **0   6   6   5**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Personal Property**

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,003,285.50

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| **2.2** | Creditor's name<br>**Denton County c/o Tara LeDay** | Describe debtor's property that is<br>subject to a lien | $31,178.56 | $0.00 |

Creditor's mailing address
**McCreary, Veselka, Bragg & Allen, P.C.**

**PO Box 1269**

**Personal Property Taxes**

Describe the lien
**Property Taxes**

**Roundrock          TX    78680-1269**

Creditor's email address, if known
**tleday@mvbalaw.com**

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **2020**

Last 4 digits of account
number          **6    D    E    N**

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
         relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

| **2.3** | Creditor's name<br>**Hanmi Bank** | Describe debtor's property that is<br>subject to a lien | $118,365.39 | $0.00 |

Creditor's mailing address
**CO Christopher V. Arisco, Padfield & St**

**420 Throckmorton Street, Suite 1210**

**Fixtures/Equipment**

Describe the lien
**Equipment Finance Agreement**

**Fort Worth          TX    76102**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred    **8/30/2018**

Last 4 digits of account
number          ___  ___  ___  ___

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
         relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Debtor    **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column A | Column B |
|---|---|
| **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4**  Creditor's name
**Johnson & Johnson Finance Corp.**

Creditor's mailing address
**501 George Street**

_____

_____

**New Brunswick       NJ     08901**

Creditor's email address, if known

_____

Date debt was incurred      **4/1/2019**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Sterilizer ASP Equipment**

**Describe the lien**

**Business Debt**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

|  | **$55,518.22** | **$0.00** |
|---|---|---|

Debtor   **ParkHill Pediatric Surgery Center, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| **2.5** | Creditor's name<br>**JPMorgan Chase** | Describe debtor's property that is<br>subject to a lien | **$767,930.76** | **$551,324.46** |
|---|---|---|---|---|

Creditor's mailing address
**Preston Center LPO**

**Inventory, Chattel Paper, Accounts, and General In**

**8111 Preston Road, Floor 02**

Describe the lien
**Business Debt**

_____

Is the creditor an insider or related party?

**Dallas            TX    75225**

☑ No
☐ Yes

Creditor's email address, if known
**charles.f.schottler@chase**

Is anyone else liable on this claim?

Date debt was incurred    **9/6/18**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        **3   0   0   6**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☑ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**For Accounts: 1) JPMorgan Chase.  For Accounts: 1) JPMorgan Chase.  For Anesthesia Carts: 1) JPMorgan Chase Bank NA;
2) JPMorgan Chase.  For Anesthesia Room Supplies: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For Extras: 1)
JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For GI Room Supplies: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.
For Main OR Inventory: 1) JPMorgan Chase.  For Pharmacy Supplies: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For
Pre OP Cart: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For Pre-Op Supplies: 1) JPMorgan Chase Bank NA; 2)
JPMorgan Chase.  For SPD Decontamination Room: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For Suture Carts: 1)
JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For Office Furniture & Fixtures: 1) JPMorgan Chase Bank NA; 2) JPMorgan
Chase.  For Tenant Improvement: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.  For Machinery: 1) JPMorgan Chase
Bank NA; 2) JPMorgan Chase.  For Medical Equipment: 1) JPMorgan Chase Bank NA; 2) JPMorgan Chase.**

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Debtor   **ParkHill Pediatric Surgery Center, LLC**   Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.6**

**Creditor's name**
**JPMorgan Chase Bank NA**

**Creditor's mailing address**
**CO Michael Held, Jackson Walker**

**2323 Ross Avenue, Suite 600**

_____

**Dallas          TX    75201**

**Creditor's email address, if known**
**mheld@jw.com**

**Date debt was incurred** _____

**Last 4 digits of account number          3   0   0   1**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inventory, Chattel Paper, Accounts and General Int**

**Describe the lien**
**Business Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$3,112,383.21          $513,434.07

**For Tenant Improvement: See 2.5. For Pharmacy Supplies: See 2.5. For Pre OP Cart: See 2.5. For Pre-Op Supplies: See 2.5. For SPD Decontamination Room: See 2.5. For Suture Carts: See 2.5. For Office Furniture & Fixtures: See 2.5. For Artwork: 1) JPMorgan Chase Bank NA. For Machinery: See 2.5. For Medical Equipment: See 2.5. For Anesthesia Carts: See 2.5. For Anesthesia Room Supplies: See 2.5. For GI Room Supplies: See 2.5. For Extras: See 2.5.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.7**

**Creditor's name**
**Karl Storz Capital**

**Creditor's mailing address**
**1111 Old Eagle School Road**

_____

**Wayne          PA    19087**

**Creditor's email address, if known**
**dshore@leasedirect.com**

**Date debt was incurred    9/7/18**

**Last 4 digits of account number          3   5   3   1**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Equipment under Contract**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$126,405.59          $0.00

**Lawsuit pending, see also DeLage Landen Financial Services**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8**

| Creditor's name | Describe debtor's property that is subject to a lien | $195,093.17 | $0.00 |
|---|---|---|---|
| **Karl Storz Capital** | | | |

**Creditor's mailing address**
**1111 Old Eagle School Road**

**Describe the lien**
**Equipment**

**Describe the lien**
**Equipment Lease**

**Wayne         PA    19087**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
**dshore@leasedirect.com**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    9/7/2018**

**Last 4 digits of account number          8    4    6    8**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Lawsuit pending, see also DeLage Landen Financial Services**

**2.9**

| Creditor's name | Describe debtor's property that is subject to a lien | $155,906.40 | $0.00 |
|---|---|---|---|
| **Leaf Capital Funding** | | | |

**Creditor's mailing address**
**2005 Market Street, 14th Floor**

**Medical Equipment**

**Describe the lien**
**Equipment Lease**

**Philadelphia          PA    19103**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
**info@LEAFnow.com**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    8/13/2018**

**Last 4 digits of account number          2    5    4    9**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**  Creditor's name
**Leaf Financial**

| | | | | |
|---|---|---|---|---|
| Creditor's name<br>**Leaf Financial** | Describe debtor's property that is<br>subject to a lien | | $4,530.87 | $0.00 |

**2.10**

Creditor's name
**Leaf Financial**

Creditor's mailing address
**PO Box 5066**

_____

_____

**Hartford          CT    06102-5066**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number              ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Equipment**

Describe the lien

**Business Debt**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim $4,530.87    Value of collateral $0.00

---

**2.11**  Creditor's name
**NFS Leasing, Inc.**

Creditor's mailing address
**Attn: Mark Blaisdell**

**900 Cummings Center, Suite 226-U**

_____

**Beverly          MA    01915**

Creditor's email address, if known

_____

Date debt was incurred  **5/17/2018**

Last 4 digits of account
number              ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**DME Equipment**

Describe the lien

**Equipment Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim $264,848.10    Value of collateral $0.00

**Lawsuit filed**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) _____ |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.12**

**Creditor's name**
**Olympus America, Inc.**

**Creditor's mailing address**
**3500 Corporate Parkway**

_____

_____

**Center Valley      PA    18034**

**Creditor's email address, if known**
**jenniferslifer@olympus.com**

**Date debt was incurred**    **3/29/2019**

**Last 4 digits of account number**        **4   8   1   5**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Medical Equipment, Scope**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$30,163.46**
Column B: **$0.00**

**2.13**

**Creditor's name**
**Pawnee Leasing Corporation**

**Creditor's mailing address**
**3801 Automation Way**

_____

**Fort Collins          CO    80525**

**Creditor's email address, if known**
**christina@pawneeleasing.com**

**Date debt was incurred**    **7/9/2018**

**Last 4 digits of account number**        **3   3   0   4**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Office furnishings**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$129,257.60**
Column B: **$0.00**

**Fill in this information to identify the case:**

Debtor     __ParkHill Pediatric Surgery Center, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **ParkHill Pediatric Surgery Center, LLC** _____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

**7150 Dallas Properties, LLC**

**CO Rakhee Patel, Winstead PC**

**2728 N. Harwood Street, Suite 500**

**Dallas**      **TX**    **75201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Lease, Tenant lock-out as of May 5, 2020.**

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract/Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$2,203,445.74**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**Air Conditioning Innovative Solutions**

**1028 N. McDonald**

**McKinney**      **TX**    **75069**

Date or dates debt was incurred    **6/8/2020**

Last 4 digits of account number   **1**   **4**   **1**   **4**

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$2,000.00**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**Airgas USA, LLC**

**P.O. Box 676015**

**Dallas**      **TX**    **75267-6015**

Date or dates debt was incurred _____

Last 4 digits of account number   **9**   **9**   **8**   **2**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$158.70**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**Alsco**

**1340 East Berry Street**

**Fort Worth**      **TX**    **76119**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$10,216.48**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.5** | Nonpriority creditor's name and mailing address |
|---|---|

**ASP**

**P.O. Box 406663**

**Atlanta**          **GA**     **30384**

Date or dates debt was incurred          **3/2020**

Last 4 digits of account number          **7   1   5   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$827.03**

| **3.6** | Nonpriority creditor's name and mailing address |
|---|---|

**AT&T**

**PO Box 5019**

**Carol Stream**          **IL**     **60197-5019**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**See also MMBC**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,308.22**

| **3.7** | Nonpriority creditor's name and mailing address |
|---|---|

**BD CareFusion 2200, Inc.**

**25146 Network Place**

**Chicago**          **IL**     **60673-1250**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,944.85**

| **3.8** | Nonpriority creditor's name and mailing address |
|---|---|

**Beaver-Visitec International, Inc.**

**P.O. Box 842837**

**Boston**          **MA**     **02284-2837**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$710.89**

Debtor   **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**   **Nonpriority creditor's name and mailing address**

**Boston Scientific**

**300 Boston Scientific Way**

**Marlborough**            **MA**    **01752-1234**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,919.27

---

**3.10**   **Nonpriority creditor's name and mailing address**

**Cardinal Health 110**

**CO Bank of America LB**

**5303 Collections Center Drive**

**Chicago**            **IL**    **60693**

Date or dates debt was incurred    **1/19 to 8/19**

Last 4 digits of account number    **1   0   7   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,519.91

---

**3.11**   **Nonpriority creditor's name and mailing address**

**Cardinal Health 200 LLC**

**7000 Cardinal Place**

**Dublin**            **OH**    **43017**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,559.54

---

**3.12**   **Nonpriority creditor's name and mailing address**

**CoreMed**

**6988 Lebanon Road, Suite 102**

**Frisco**            **TX**    **75034**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,022.00

---

Debtor   **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13**  Nonpriority creditor's name and mailing address

**CR Bard**

**8195 Industrial Blvd**

_____

**Covington**              **GA**    **30014**

Date or dates debt was incurred      **10-/2020**

Last 4 digits of account number      **7  9  7  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$644.31**

---

**3.14**  Nonpriority creditor's name and mailing address

**CT Wolters & Kluwer**

**55 Challenger Road, Suite 202**

_____

**Ridgefield Park**          **NJ**    **07660**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$477.00**

---

**3.15**  Nonpriority creditor's name and mailing address

**Cynthia Beauchamp**

**5608 Bushy Creek Trail**

_____

**Dallas**                **TX**    **75252**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$57,649.40**

---

**3.16**  Nonpriority creditor's name and mailing address

**Daily Solutions**

**2714 Pasadena Place**

_____

**Flower Mound**          **TX**    **75022**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$216.46**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $251,082.41 |
|---|---|---|---|

**DeLage Landen Financial Services**

**CO Jennifer D. Gould, Stark & Stark**

**777 Township Line Road, Suite 120**

*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

| **Yardley** | **PA** | **19067** |

**Basis for the claim:**
**Collecting for - Karl Storz?**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Lawsuit filed**

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $135,000.00 |
|---|---|---|---|

**Dominion Bank**

**Attn: Amenda Cone**

**17304 Preston Rd., Suite 430**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75252** |

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,601.22 |
|---|---|---|---|

**Ferguson Braswell Fraser Kubasta PC**

**2500 Dallas Parkway, Suite 600**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

| **Plano** | **TX** | **75093** |

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number  3  7  4  2

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,777.91 |
|---|---|---|---|

**GoVoip**

**2104 Roosevelt Drive, Suite C**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Arlington** | **TX** | **76103** |

**Basis for the claim:**
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Telephone Equipment**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Grace Medical**

**P.O. Box 5178**

**Memphis**                    **TN      38101**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$1,479.21

---

**3.22** Nonpriority creditor's name and mailing address

**Great American Financial Services**

**P.O. Box 660831**

**Dallas**                    **TX      75266-0831**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Lawsuit Pending**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.23** Nonpriority creditor's name and mailing address

**HCP CRS2 Plano TX, LP**

**Attention: Asset Manager**

**3000 Meridian Boulevard, Suite 200**

**Franklin**                    **TN      37067**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Lease of Plano Office**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Real Estate Lease**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.24** Nonpriority creditor's name and mailing address

**Henry Schein**

**135 Duryea Rd.**

**Melville**                    **NY      11747**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

Debtor   **ParkHill Pediatric Surgery Center, LLC**   _____   Case number (if known) _____

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25**   **Nonpriority creditor's name and mailing address**

**Idarado, LLC**

**Michael Bivati**

**13230 Cedar Lane**

**Dallas**                     **TX**     **75234**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$153,533.90

**3.26**   **Nonpriority creditor's name and mailing address**

**IGenomeDx Inc.**

**4115 Medical Drive, Suite 201**

**San Antonio**               **TX**     **78229**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ **1** __ **4** __ **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,612.50

**3.27**   **Nonpriority creditor's name and mailing address**

**Image First**

**3040 Quebec Street**

**Dallas**                     **TX**     **75247**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$251.86

**3.28**   **Nonpriority creditor's name and mailing address**

**Infassure**

**700 International Pkwy, Ste. 108**

**Richardson**                **TX**     **75081**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,981.62

Debtor   **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**  Nonpriority creditor's name and mailing address

**IPFS**

**P.O. Box 412066**

**Kansas City**          **MO**    **64141**

Date or dates debt was incurred    **11/2020**

Last 4 digits of account number    **1  2  9  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$134.22**

---

**3.30**  Nonpriority creditor's name and mailing address

**Jani-King**

**P.O. Box 930484**

**Atlanta**          **GA**    **31193-0485**

Date or dates debt was incurred

Last 4 digits of account number    **3  0  0  A**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,007.78**

---

**3.31**  Nonpriority creditor's name and mailing address

**Jericho DFW**

**3416 Enterprise Drive, Suite 645**

**Rowlett**          **TX**    **75030**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.32**  Nonpriority creditor's name and mailing address

**Karl Storz Endoscopy America**

**451 E. Grand Ave.**

**El Segundo**          **CA**    **90245**

Date or dates debt was incurred    **12/18 top 7/19**

Last 4 digits of account number    **1  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,829.46**

Debtor   **ParkHill Pediatric Surgery Center, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.33**  **Nonpriority creditor's name and mailing address**

**Lab Corp**

**P.O. Box 2550**

_____

**Burlington**              **NC**    **27216-2250**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$68.15**

---

**3.34**  **Nonpriority creditor's name and mailing address**

**Lonestar Cleaning**

**2620 Globe Avenue**

_____

**Dallas**                **TX**    **75228**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,795.00**

---

**3.35**  **Nonpriority creditor's name and mailing address**

**Medicus IT**

**100 North Point Center East #150**

_____

**Alpharetta**              **GA**    **30022**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,176.45**

---

**3.36**  **Nonpriority creditor's name and mailing address**

**Medivators**

**14605 28th Avenue N**

_____

**Minneapolis**              **MN**    **55447**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$910.00**

---

Debtor    **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                    $1,569.00

**MedPro Waste Disposal**

**PO Box 5683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

| Carol Stream | IL | 60197 |

Date or dates debt was incurred    **3/20 - 10/20**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **3   9   5   4**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                    $2,558.40

**Microsoft**

**PO Box 842103**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Subscription**

| Dallas | TX | 75284-2103 |

Date or dates debt was incurred    **6/18 to 6/19**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **4   P   D   B**

---

| 3.39 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                    $0.00

**Millbern Ray**

**P.O. Box 849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

| Bedford | TX | 76095-0849 |

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **3   8   6   8**

---

| 3.40 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                    $15,308.22

**MMBC Bankruptcy Office**

**4331 Communications Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collecting for - AT&T**

| Dallas | TX | 75211 |

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **0   4   5   5**

Debtor __**ParkHill Pediatric Surgery Center, LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**   **Nonpriority creditor's name and mailing address**

__**Modern Biomedical Services**_____

__**909 Lake Carolyn Pkwy, Ste 1100**_____

_____

__**Irving**_____ __**TX**____ __**75039**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Business Debt**_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4,059.38

---

**3.42**   **Nonpriority creditor's name and mailing address**

__**National Joint Care**_____

__**17051 Dallas Parkway, Suite 200**_____

_____

__**Addison**_____ __**TX**____ __**75001**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Business Debt**_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$30,467.00

---

**3.43**   **Nonpriority creditor's name and mailing address**

__**ParkHill Medical, LLC**_____

__**17051 Dallas Parkway, Ste 200**_____

_____

__**Addison**_____ __**TX**____ __**75001**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Management Agreement**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
__**Contract/Lease**_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$241,684.51

---

**3.44**   **Nonpriority creditor's name and mailing address**

__**Pediatric Ophthalmology PA**_____

__**Cynthia Beauchamp and John Tong**_____

__**7150 Greenville Ave, Suite 305**_____

__**Dallas**_____ __**TX**____ __**75231**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Business Debt**_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,096.88

---

Debtor   **ParkHill Pediatric Surgery Center, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 |

**Pointe Medical Consultants**

**6026 East Univesity Blvd., Suite 105**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                          **TX      75206**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,608.00 |

**Priority One Consulting Group, Inc.**

**201 NJ-17, 6th Floor**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Rutherford**                      **NJ      07070**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.30 |

**Provation**

**533 S. 3rd Street, Suite 300**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Minneapolis**                     **MN      55415**

Date or dates debt was incurred  **12/2020**

Last 4 digits of account number  **P   S   C   I**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |

**PSN Services**

**c/o Jamie R. Welton**

**Barns & Thornburg, LLP**

**2121 North Pearl Street, Suite 700**

**Dallas**                          **TX      75201**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **ParkHill Pediatric Surgery Center, LLC**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**   Nonpriority creditor's name and mailing address

**Quintech**

**P.O. Box 947**

**Nash**          **TX**   **75569**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$613.96**

---

**3.50**   Nonpriority creditor's name and mailing address

**Refrigerated Specialists, Inc.**

**3100 East Meadows Blvd.**

**Mesquite**          **TX**   **75150**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,006.73**

---

**3.51**   Nonpriority creditor's name and mailing address

**Sequim Asset Solution, LLC**

**1130 Northchase Parkway, Suite 150**

**Marietta**          **GA**   **30067**

Date or dates debt was incurred   **9/2020**

Last 4 digits of account number   **5  1  8  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,448.40**

---

**3.52**   Nonpriority creditor's name and mailing address

**Service Experts**

**1207 Avenue L**

**Plano**          **TX**   **75074**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,000.00**

---

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53** Nonpriority creditor's name and mailing address

**Shred It**

**28883 Network Place**

**Chicago**            IL      **60673-1288**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$427.48**

---

**3.54** Nonpriority creditor's name and mailing address

**SIS (fka Amkai)**

**PO Box 930484**

**Atlanta**            GA      **31193-0484**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  3  3  3  1

**Is the claim subject to offset?**
☒ No
☐ Yes

**$74,273.27**

---

**3.55** Nonpriority creditor's name and mailing address

**SKEC Investments**

**Stanley L. Davis**

**2145 Portofino Drive**

**Rockwall**            TX      **75032**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$399,007.10**

---

**3.56** Nonpriority creditor's name and mailing address

**Staples**

**500 Staples Drive**

**Framingham**            MA      **01702**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$58.06**

---

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) |
|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address

**Stericycle**

**7734 S 133rd Street**

**Omaha**            **NE**    **68138**

Date or dates debt was incurred

Last 4 digits of account number    **8   6   7   7**

**Shred It**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$427.48**

---

**3.58** Nonpriority creditor's name and mailing address

**Steris Corporation**

**PO Box 676548**

**Dallas**            **TX**    **75267-6548**

Date or dates debt was incurred

Last 4 digits of account number    **0   0   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,303.00**

---

**3.59** Nonpriority creditor's name and mailing address

**Stryer**

**3600 Holly Lane, Suite 40**

**Minneapolis**        **MN**    **55447**

Date or dates debt was incurred    **1/2019**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,541.67**

---

**3.60** Nonpriority creditor's name and mailing address

**Surgical Notes**

**3100 Monticello Avenue, Suite 450**

**Dallas**            **TX**    **75205**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Texas Air Systems**

**6029 Campus Circle, Suite 100**

**Irving**      **TX**      **75063**

Date or dates debt was incurred    **1/2020**

Last 4 digits of account number    **R  0  4  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,609.31**

---

| 3.62 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Transworld Systems, Inc**

**1105 Schrock Road, Suite 300**

**Aolumbus**      **OH**      **43229**

Date or dates debt was incurred    **7/2020**

Last 4 digits of account number    **1  4  6  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$41.20**

---

| 3.63 | **Nonpriority creditor's name and mailing address** |
|---|---|

**US Small Business Administration**

**14925 Kingsport Road**

**Fort Worth**      **TX**      **76155-2243**

Date or dates debt was incurred    **10/1/2020**

Last 4 digits of account number    **8  0  0  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**EIDL**

Is the claim subject to offset?
☑ No
☐ Yes

**$150,000.00**

---

| 3.64 | **Nonpriority creditor's name and mailing address** |
|---|---|

**WBW Surgical Supply Inc**

**6300 FM 2449**

**Ponder**      **TX**      **76259**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$652.37**

---

Debtor    **ParkHill Pediatric Surgery Center, LLC**            Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.65 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$401,842.60

**Wyant Investments, Glen Wyant**

☐ Contingent

**5403 Janet Lane**

☐ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

**Colleyville**            **TX**    **76034**

**Business Debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☒ No
☐ Yes

Debtor    **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Domenic Paolini**
**Paolini & Haley, P.C.**
**400 Tradeecenter, Ste. 5900**

**Woburn**            **MA**    **01801**

Line _____

☑ Not listed.  Explain:
**Attorney for - NFS Leasing**

__ __ __ __

**4.2**  **IRS Insolvency Section**
**PO Box 7346**

**Philadelphia**        **PA**    **19101-7346**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.3**  **Jenny J. Liu, Attorney**
**P.O. Box 290**

**North Billerica**        **MA**    **01862**

Line _____

☑ Not listed.  Explain:
**Attorney for - NFS Leasing**

__ __ __ __

**4.4**  **Randall D. Armentrout**
**Nyemaster Good, P.C.**
**700 Walnut, Suite 1600**

**Des Moines**        **IA**    **50309-3899**

Line _____

☑ Not listed.  Explain:
**Attorney for - GreatAmerican**

__ __ __ __

**4.5**  **Robert Arnett**
**Carter Arnett**
**8150 N. Central Expy Suite 500**

**Dallas**            **TX**    **75206**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.6**  **Texas Attorney General**
**Bankruptcy & Collections**
**Texas Health and Human Services Commissi**
**P.O. Box 12548 MC-008**
**Austin**            **TX**    **78711**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Texas Comptroller** | Line _____ | __ __ __ __ |
| | **111 E. 17th Street** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Austin           TX     78774-0100** | | |
| 4.8 | **Texas Workforce Comission** | Line _____ | __ __ __ __ |
| | **TWC Building** | ☑ Not listed.  Explain: | |
| | **101 East 15th Street** | **Notice Only** | |
| | **Austin           TX     78778** | | |
| 4.9 | **William Camp** | Line _____ | __ __ __ __ |
| | **William W. Camp, P.C.** | ☑ Not listed.  Explain: | |
| | **8445 Freeport Parkway, Suite 150** | **Notice Only** | |
| | **Irving           TX     75063** | | |

Debtor    **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + $5,433,635.81 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $5,433,635.81 |

**Fill in this information to identify the case:**

Debtor name    **ParkHill Pediatric Surgery Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Contract to be REJECTED<br>Contract is in DEFAULT | 7150 Dallas Properties, LLC<br>CO Rakhee Patel, Winstead PC<br>2728 N. Harwood Street, Suite 500 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX      75201 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Services<br>Contract to be REJECTED<br>Contract is in DEFAULT | AT&T<br>PO Box 5019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Carol Stream        IL      60197-5019 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Facilities Management<br>Contract to be REJECTED<br>Contract is in DEFAULT | Chileno Properties<br>8301 Camp Bowie |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Worth          TX      76116 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Insurance | CNA<br>CO Galyean Insurance Agency<br>6130 S Farm To market 549 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rockwall          TX      75032 |

Debtor   **ParkHill Pediatric Surgery Center, LLC** _____   Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent** **Contract to be REJECTED** **Contract is in DEFAULT** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**CT Wolters & Kluwer**
**55 Challenger Road, Suite 202**

**Ridgefield Park**   **NJ**   **07660**

| | | |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Equipment** **Contract to be REJECTED** **Contract is in DEFAULT** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**GoVoip**
**2104 Roosevelt Drive, Suite C**

**Arlington**   **TX**   **76103**

| | | |
|---|---|---|
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **IT Lease** **Contract to be REJECTED** **Contract is in DEFAULT** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Great American Financial Services**
**P.O. Box 660831**

**Dallas**   **TX**   **75266-0831**

| | | |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement** **Contract to be REJECTED** **Contract is in DEFAULT** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Hanmi Bank**
**CO Christopher V. Arisco, Padfield & Sto**
**420 Throckmorton Street, Suite 1210**

**Fort Worth**   **TX**   **76102**

| | | |
|---|---|---|
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement** **Contract to be REJECTED** **Contract is in DEFAULT** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**HCP CRS2 Plano TX, LP**
**Attention: Asset Manager**
**3000 Meridian Boulevard, Suite 200**

**Franklin**   **TN**   **37067**

Debtor    **ParkHill Pediatric Surgery Center, LLC**_____    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Supplies Vendor**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | **Henry Schein**<br>**135 Duryea Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Melville**          **NY**        **11747** |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Access Badge Security**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | **Infassure**<br>**700 International Pkwy, Ste. 108** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richardson**          **TX**        **75081** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Copier & Service Agreement**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | **Jericho DFW**<br>**3416 Enterprise Drive, Suite 645** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rowlett**          **TX**        **75030** |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | **Johnson & Johnson Finance Corp.**<br>**501 George Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New Brunswick**          **NJ**        **08901** |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | **Karl Storz Capital**<br>**1111 Old Eagle School Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wayne**          **PA**        **19087** |

Debtor   **ParkHill Pediatric Surgery Center, LLC**                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** **Contract to be REJECTED** **Contract is in DEFAULT** | **Karl Storz Capital** **1111 Old Eagle School Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wayne    PA    19087** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** **Contract to be REJECTED** **Contract is in DEFAULT** | **Leaf Capital Funding** **2005 Market Street, 14th Floor** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philadelphia    PA    19103** |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Cleaning** **Contract to be REJECTED** **Contract is in DEFAULT** | **Lonestar Cleaning** **2620 Globe Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas    TX    75228** |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **IT Management** **Contract to be REJECTED** **Contract is in DEFAULT** | **Medicus IT** **100 North Point Center East #150** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alpharetta    GA    30022** |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** **Contract to be REJECTED** **Contract is in DEFAULT** | **NFS Leasing, Inc.** **Attn: Mark Blaisdell** **900 Cummings Center, Suite 226-U** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beverly    MA    01915** |

Debtor   **ParkHill Pediatric Surgery Center, LLC** _____   Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.20** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease**
**Contract to be REJECTED**
**Contract is in DEFAULT**

**Olympus America, Inc.**
**3500 Corporate Parkway**

State the term remaining

List the contract number of any government contract

**Center Valley**          **PA**     **18034**

**2.21** State what the contract or lease is for and the nature of the debtor's interest

**Management Agreement**
**Contract to be REJECTED**
**Contract is in DEFAULT**

**ParkHill Medical, LLC**
**17051 Dallas Parkway, Ste 200**

State the term remaining

List the contract number of any government contract

**Addison**          **TX**     **75001**

**2.22** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease**
**Contract to be REJECTED**
**Contract is in DEFAULT**

**Pawnee Leasing Corporation**
**3801 Automation Way**

State the term remaining

List the contract number of any government contract

**Fort Collins**          **CO**     **80525**

**2.23** State what the contract or lease is for and the nature of the debtor's interest

**IT Services**
**Contract to be REJECTED**
**Contract is in DEFAULT**

**Priority One Consulting Group, Inc.**
**201 NJ-17, 6th Floor**

State the term remaining

List the contract number of any government contract

**Rutherford**          **NJ**     **07070**

**2.24** State what the contract or lease is for and the nature of the debtor's interest

**Management Agreement**
**Contract to be REJECTED**
**Contract is in DEFAULT**

**PSN Services**
**c/o Jamie R. Welton**
**Barns & Thornburg, LLP**
**2121 North Pearl Street, Suite 700**

State the term remaining

List the contract number of any government contract

**Dallas**          **TX**     **75201**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Document Shredding Services Contract to be REJECTED Contract is in DEFAULT | Shred It |
|---|---|---|---|
| | | | 28883 Network Place |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60673-1288 |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Medical Records Contract to be REJECTED Contract is in DEFAULT | SIS |
|---|---|---|---|
| | | | PO Box 930484 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Atlanta                GA        31193-0484 |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Billng Service Contract to be REJECTED Contract is in DEFAULT | Surgical Notes |
|---|---|---|---|
| | | | 3100 Monticello Avenue, Suite 450 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                TX        75205 |

**Fill in this information to identify the case:**

Debtor name __**ParkHill Pediatric Surgery Center, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**  **Cynthia Beauchamp** | **5608 Bushy Creek Trail**<br>Number     Street | **DeLage Landen Financial Services** | ☐ D<br>☑ E/F<br>☐ G |
| | **Dallas**         **TX**  **75252**<br>City                  State   ZIP Code | | |
| **2.2**  **Glen Wyant** | **5403 Janet Lane**<br>Number     Street | **7150 Dallas Properties, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | **Colleyville**    **TX**  **76034**<br>City                  State   ZIP Code | | |
| **2.3**  **Glen Wyant** | **5403 Janet Lane**<br>Number     Street | **JPMorgan Chase Bank NA** | ☑ D<br>☐ E/F<br>☐ G |
| | **Colleyville**    **TX**  **76034**<br>City                  State   ZIP Code | | |
| **2.4**  **Jordan Fowler** | **c/o Jamie R. Welton**<br>Number     Street<br>**Barnes & Thornburg, LLP** | **7150 Dallas Properties, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | **Dallas**         **TX**  **75201**<br>City                  State   ZIP Code | | |

Debtor    **ParkHill Pediatric Surgery Center, LLC**     Case number (if known) _____

| ◼ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.5**  **Jordan Fowler** | **c/o Jamie R. Welton** <br> Number      Street <br> **Barnes & Thornburg, LLP** <br><br> **Dallas**           **TX**   **75201** <br> City                        State  ZIP Code | **JPMorgan Chase Bank NA** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.6**  **Jordan Fowler** | **c/o Jamie R. Welton** <br> Number      Street <br> **Barnes & Thornburg, LLP** <br><br> **Dallas**           **TX**   **75201** <br> City                        State  ZIP Code | **Great American Financial Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.7**  **Jordan Fowler** | **c/o Jamie R. Welton** <br> Number      Street <br> **Barnes & Thornburg, LLP** <br><br> **Dallas**           **TX**   **75201** <br> City                        State  ZIP Code | **DeLage Landen Financial Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.8**  **Michael Biavati** | **13230 Cedar Lane** <br> Number      Street <br><br><br> **Dallas**           **TX**   **75234** <br> City                        State  ZIP Code | **DeLage Landen Financial Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.9**  **Stanley L. Davis** | **2145 Portofino Drive** <br> Number      Street <br><br><br> **Rockwall**        **TX**   **75032** <br> City                        State  ZIP Code | **7150 Dallas Properties, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.10**  **Stanley L. Davis** | **2145 Portofino Drive** <br> Number      Street <br><br><br> **Rockwall**        **TX**   **75032** <br> City                        State  ZIP Code | **JPMorgan Chase Bank NA** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **ParkHill Pediatric Surgery Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................ | **$551,824.46**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................. | **$551,824.46**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$5,003,285.50**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+ $5,433,635.81**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................. | **$10,436,921.31**

**Fill in this information to identify the case and this filing:**

Debtor Name   **ParkHill Pediatric Surgery Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents. This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or
both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and
correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
(Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/04/2021**          X **/s/ Glen R. Wyant**
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        **Glen R. Wyant**
                                        Printed name
                                        **Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **ParkHill Pediatric Surgery Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2020** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,108,240.00** |
| For prior year: | From **01/01/2019** to **12/31/2019**<br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$2,489,721.00** |
| For the year before that: | From **01/01/2018** to **12/31/2018**<br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$713,980.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank NA**<br>Creditor's name<br>**CO Michael Held, Jackson Walker**<br>Street<br>**2323 Ross Avenue, Suite 600**<br><br>**Dallas**          **TX**    **75201**<br>City          State    ZIP Code | **10/19;**<br>**11/20;**<br>**12/22** | **$47,280.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.2.** **NFS Leasing, Inc.**
Creditor's name
**Attn: Mark Blaisdell**
Street
**900 Cummings Center, Suite 226-U**

**Beverly**          **MA**    **01915**
City                State   ZIP Code

Dates: **10/1/20**

Total amount or value: **$7,789.65**

Reasons for payment or transfer
*Check all that apply*
- [x] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

**3.3.** **Pawnee Leasing Corporation**
Creditor's name
**3801 Automation Way**
Street

**Fort Collins**      **CO**    **80525**
City                State   ZIP Code

Dates: **10/15;**
**11/15;**
**12/16/20**

Total amount or value: **$12,117.90**

Reasons for payment or transfer
*Check all that apply*
- [x] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

**3.4.** **Hanmi Bank**
Creditor's name
**CO Christopher V. Arisco, Padfield & Sto**
Street
**420 Throckmorton Street, Suite 1210**

**Fort Worth**       **TX**    **76102**
City                State   ZIP Code

Dates: **11/3;**
**11/24/20**

Total amount or value: **$6,442.14**

Reasons for payment or transfer
*Check all that apply*
- [x] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

**3.5.** **Leaf Capital Funding**
Creditor's name
**2005 Market Street, 14th Floor**
Street

**Philadelphia**     **PA**    **19103**
City                State   ZIP Code

Dates: **10/20;**
**12/21/20**

Total amount or value: **$6,531.00**

Reasons for payment or transfer
*Check all that apply*
- [x] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

**3.6.** **Henry Schein**
Creditor's name
**135 Duryea Rd.**
Street

**Melville**         **NY**    **11747**
City                State   ZIP Code

Dates: **10/9; 10/16;**
**10/29**

Total amount or value: **$2,396.95**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

**3.7.** **HCP CRS2 Plano TX, LP**
Creditor's name
**Attention: Asset Manager**
Street
**3000 Meridian Boulevard, Suite 200**

**Franklin**        **TN**    **37067**
City                State   ZIP Code

Dates: **10/6;**
**11/2/20**

Total amount or value: **$35,108.40**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other  **Rent**

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| | | | | *Check all that apply* |
| 3.8. | **Image First** | **10/15;** | **$3,321.39** | ☐ Secured debt |
| | Creditor's name | **10/23; 11/2;** | | ☐ Unsecured loan repayments |
| | **3040 Quebec Street** | **11/6/20** | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | **Dallas**    **TX**   **75247** | | | |
| | City    State   ZIP Code | | | |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 4.1. | **Michael Biavati** | **3/30/20** | **$2,200.00** | **Repayment of Loan Advance** |
| | Insider's name | | | **made to PPSC.** |
| | **13230 Cedar Hill Lane** | | | |
| | Street | | | |
| | | | | |
| | **Dallas**    **TX**   **75234** | | | |
| | City    State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Manager** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 4.2. | **Parkhill Medical, LLC** | **1/7; 1/23;** | **$147,000.00** | **Management Fees under** |
| | Insider's name | **1/30; 2/7;** | | **Management Services** |
| | **17051 Dallas Parkway, Suite 200** | **2/20; 2/28;** | | **Agreement.** |
| | Street | **3/5; 3/6;** | | |
| | | **3/13; 3/18;** | | |
| | **Addison**    **TX**   **75001** | **4/1; 4/10;** | | |
| | City    State   ZIP Code | **4/15;** | | |
| | | **8/20/20** | | |
| | Relationship to debtor | | | |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor  **ParkHill Pediatric Surgery Center, LLC**                     Case number (if known) _____
         Name

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|-----------|----------------|-----------------------------------|----------------|
| 7.1. | **7150 Dallas Properties v. Parkhill Pediatric, et. al.** | **Claim for unpaid rent** | **101st Dallas County District**<br>Name<br><br>**600 Commerce Street**<br>Street | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
|  | Case number<br>**DC-20-05572** |  | **Dallas**　　　　**TX**　**75202**<br>City　　　　　State　ZIP Code |  |
| 7.2. | **Great American Financial v. Parkhill, et. al** | **Collection** | **Iowa District Court for Linn County**<br>Name<br><br>**51 3rd Ave Bridge**<br>Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
|  | Case number<br>**LACV095796** |  | **Cedar Rapids**　　**IA**　**52401**<br>City　　　　　State　ZIP Code |  |
| 7.3. | **Prizmed Imaging Solutions v Parkhill** | **Collection** | **Cuyoga County Common Pleas, Ohio**<br>Name<br><br>Street | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
|  | Case number<br>**130361** |  | City　　　　　State　ZIP Code |  |
| 7.4. | **NFS Leasing v. Parkihill, et. al.** | **Lease Payments** | **Essex Superior Court, Massachusetts**<br>Name<br><br>Street | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
|  | Case number<br>**2077CV0084** |  | City　　　　　State　ZIP Code |  |

Debtor    **ParkHill Pediatric Surgery Center, LLC**          Case number (if known) _____
_____
Name

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.5. | **PSN Services v. Parkhill, et. al.** | **Breach of Contract, Receiver appointed** | **AAA Arbitration, Dallas** <br>Name <br> **18756 Stone Oak Parkway,** <br>Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **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-6833** | | **San Antonio        TX    78258** <br> City              State  ZIP Code | |
| 7.6. | **Case title** <br> **Karl Storz v. ParkHill Pediatric** | **Nature of case** <br> **Collection** | **Court or agency's name and address** <br> **Chester County, PA** <br>Name <br><br>Street | **Status of case** <br> ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | _____ <br> City              State  ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---
**Part 4:**    **Certain Gifts and Charitable Contributions**
---

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---
**Part 5:**    **Certain Losses**
---

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **ParkHill Pediatric Surgery Center, LLC**                                    Case number (if known)
_____
Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ferguson Braswell Fraser Kubasta PC** | **Attorney Fees & Retainer** | **5/25/20** | **$50,000.00** |

Address

**2500 Dallas Parkway, Suite 600**
Street
_____

**Plano**          **TX**     **75093**
City           State     ZIP Code

Email or website address
**btittle@fbfk.law**

Who made the payment, if not debtor?
_____

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Fox Consulting** | **Consulting for restructure of ParkHill Pediatric Surgery Center, LLC** | **5/25/20** | **$10,000.00** |

Address

**Ray Fox**
Street
**9217 Clover Valley Drive**

**Dallas**          **TX**     **75234**
City           State     ZIP Code

Email or website address
**ray.fox@foxconsultingllc.com**

Who made the payment, if not debtor?
_____

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Mark Ian Agee, Attorney at Law** | | **12/22/2020** | **$10,000.00** |

Address

**6318 E. Lovers Lane**
Street
_____

**Dallas**          **TX**     **75214**
City           State     ZIP Code

Email or website address
**Mark@DallasBankruptcyLawyer.com**

Who made the payment, if not debtor?
**National Joint Care Institute, LLC**

Debtor    **ParkHill Pediatric Surgery Center, LLC**                              Case number (if known) _____
          Name

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4. **William Garrett-Court Appointed Receiver** | **Payment for ParkHill Pediatric Surgery Center, LLC and ParkHill Imaging Center Dallas, LLC. made pursuant to Court order.** | **12/28/2020;** _____ | **$36,300.00** |

**Address**

**7931 Enclave Way**
Street

_____

**Dallas**                    **TX**    **75218**
City                          State    ZIP Code

**Email or website address**
**billgarrett@sbcglobal.net**

**Who made the payment, if not debtor?**
**National Joint Care Institute**

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None

13. **Transfers not already listed on this statement**
   List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

   ☑ None

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

   **Address**                                                    Dates of occupancy

14.1. **7150 Greenville Avenue, Suit 400**                        From **11/21/2016**    To **5/2020**
      Street

      _____

      **Dallas**                    **TX**    **75231**
      City                          State    ZIP Code

Debtor  __**ParkHill Pediatric Surgery Center, LLC**_____  Case number (if known) _____
          Name

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankrupcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **ParkHill Pediatric Surgery**<br>Facility name<br><br>**7000 W. Plano Pkwy., Ste.**<br>Street<br><br>**Plano**         **TX**  **75093**<br>City          State  ZIP Code | **Pediatric medical surgery center**<br><br>**Location where patient records are maintained**<br>(if different from facility address).  If electronic, identify any service provider.<br>**7000 W. Plano Pkwy., Ste. 100 Plano, Texas 75093** | _____<br><br><br>**How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☑ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
☑  Yes.  State the nature of the information collected and retained

**Patient records related to surgical procedures performed**

Does the debtor have a privacy policy about that information?
☑  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No.  Go to Part 10.
☑  Yes.  Does the debtor serve as plan administrator?
      ☐  No.  Go to Part 10.
      ☑  Yes.  Fill in below:

| Name of plan | Employer Identification number of the plan |
|---|---|
| **401-K** | EIN:  _8_  _1_  – _0_  _6_  _9_  _0_  _5_  _7_  _7_ |

Has the plan been terminated?
☑  No
☐  Yes

Debtor   **ParkHill Pediatric Surgery Center, LLC**                                      Case number (if known) _____
              Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Plains Capital Bank** <br> Name <br> **8200 Douglas Avenue, Suite 100** <br> Street <br> _____ <br> **Dallas        TX   75225** <br> City        State   ZIP Code | XXXX- **3  8  0  0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **August 2020** | **$0.00** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

**24.   Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☒ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.1. | **Ron Allen CPA, P.C.** | From | | To | |
| | Name | | | | |
| | **2909 Cole Avenue # 119** | | | | |
| | Street | | | | |
| | | | | | |
| | **Dallas**                    **TX**        **75204** | | | | |
| | City                            State        ZIP Code | | | | |

| | Name and address | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.2. | **Millbern Ray** | From | **2017** | To | **Present** |
| | Name | | | | |
| | **4831 Merlot Avenue, Suite 320** | | | | |
| | Street | | | | |
| | | | | | |
| | **Grapevine**                 **TX**        **76051** | | | | |
| | City                            State        ZIP Code | | | | |

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | **Name and address** | **Dates of service** | | | |
|---|---|---|---|---|---|
| 26a.3. | **Laura Allen Pencil, Inc.** | From | **2017** | To | **Present** |
| | Name | | | | |
| | **9101 LBJ Freeway** | | | | |
| | Street | | | | |
| | | | | | |
| | **Dallas**　　　　　**TX**　　**75243** | | | | |
| | City　　　　　　　State　　ZIP Code | | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1.　**Millbern Ray** | |
| Name | |
| **P.O. Box 849** | |
| Street | |
| | |
| **Dallas**　　　　　**TX**　　**76095-0849** | |
| City　　　　　　　State　　ZIP Code | |

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.2.　**Laura Allen Pencil, Inc.** | |
| Name | |
| **9101 LBJ Freeway, Ste. 650** | |
| Street | |
| | |
| **Dallas**　　　　　**TX**　　**75243** | |
| City　　　　　　　State　　ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.　**JPMorgan Chase Bank, NA**
Name
**Preston Center LPO**
Street
**8111 Preston Road, Floor 02**

**Dallas**　　　　　**TX**　　**75225**
City　　　　　　　State　　ZIP Code

Debtor   **ParkHill Pediatric Surgery Center, LLC**                                   Case number (if known) _____
         Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Javier Bucio** | **12/31/19** | **$43,669.39** |

Name and address of the person who has possession of inventory records

27.1. **Parkhill Pediatric Surgery Center, LLC**
      Name
      **7000 W. Plano Parkway, Suite 100**
      Street
      _____

| **Plano** | **TX** | **75093** |
|---|---|---|
| City | State | ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Javier Bucio** | **12/10/2020** | **$52,880.46** |

Name and address of the person who has possession of inventory records

27.2. **Parkhill Pediatric Surgery Center, LLC**
      Name
      **7000 W. Plano Parkway, Suite 100**
      Street
      _____

| **Plano** | **TX** | **75093** |
|---|---|---|
| City | State | ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Biavati** | **13230 Cedar Lane**<br>**Dallas, TX 75234** | **Class B Managine Member** | |
| **Cynthis Beauchamp** | **5608 Bushy Creek Trail**<br>**Dallas, TX 75252** | **Class A Managine Member** | |
| **Glen R. Wyant** | **5403 Janet Lane**<br>**Colleyville, TX 76034** | **Class B Managing Member; /**<br>**Chairman of the Board of**<br>**Managers** | |
| **Stanley Davis** | **2145 Portofino Drive**<br>**Dallas, TX 750332** | | |

Debtor    **ParkHill Pediatric Surgery Center, LLC**
_____    Case number (if known)  _____
Name

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jordan Fowler** | **CO Jamie R. Welton Barnes & Thornburg**<br>**2121 North Pear Street, Suite 700**<br>**Dallas, TX 75201** | **Manager** | From  **02/2018**  To  **08/2019** |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Biavati**<br>Name<br>**13230 Cedar Lane**<br>Street<br><br>**Dallas**        **TX**   **75234**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Manager** | **$2,200.00** | **3/30/20** | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Debtor | **ParkHill Pediatric Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/04/2021**
MM / DD / YYYY

**X** **/s/ Glen R. Wyant**                                    Printed name  **Glen R. Wyant**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **ParkHill Pediatric Surgery Center, LLC**                    Case No.  _____

                                                                    Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................  **$10,000.00**

   Prior to the filing of this statement I have received......................................................  **$10,000.00**

   Balance Due............................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor            ☒ Other (specify)
                       **National Joint Care Institute, LLC**

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Preparation and filing of any amendment to the original schedules and statements ($250); Adversary proceedings of any type; Defending dismissal and abuse motions under § 707 of the Bankruptcy Code; Preparing motions for authority to sell property; Defending motions for relief from stay; Defending motions to dismiss; Litigation for stay violations; Post-discharge injunction actions; Adversary proceedings; Turnover adversaries; 2004 examinations or other discovery; Audits by the U.S. Trustee; Lien avoidance motions (additional fee); Redemption negotiations and motions (additional fee); Reopening a closed case; Non-bankruptcy proceedings.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/04/2021 | /s/ Mark Ian Agee |
| --- | --- |
| *Date* | *Mark Ian Agee*                                Bar No.  00931900 |
|  | Mark Ian Agee, Attorney at Law |
|  | 6318 E. Lovers Lane |
|  | Dallas, TX 75214 |
|  | Phone: (214) 320-0079 / Fax: (214) 320-2966 |

---

**/s/ Glen R. Wyant**

*Glen R. Wyant*
*Manager*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **ParkHill Pediatric Surgery Center, LLC**                    CASE NO

                                                                      CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/4/2021                                   Signature  **/s/ Glen R. Wyant**
                                                            **Glen R. Wyant**
                                                            **Manager**

Date _____                  Signature _____

```
7150 Dallas Properties, LLC
CO Rakhee Patel, Winstead PC
2728 N. Harwood Street, Suite 500
Dallas, TX 75201


Air Conditioning Innovative Solutions
1028 N. McDonald
McKinney, TX 75069



Airgas USA, LLC
P.O. Box 676015
Dallas, TX 75267-6015



Alsco
1340 East Berry Street
Fort Worth, TX 76119



ASP
P.O. Box 406663
Atlanta, GA 30384



AT&T
PO Box 5019
Carol Stream, IL 60197-5019



BD CareFusion 2200, Inc.
25146 Network Place
Chicago, IL 60673-1250



Beaver-Visitec International, Inc.
P.O. Box 842837
Boston, MA 02284-2837



Boston Scientific
300 Boston Scientific Way
Marlborough, MA 01752-1234
```

Cardinal Health 110
CO Bank of America LB
5303 Collections Center Drive
Chicago, IL 60693

Cardinal Health 200 LLC
7000 Cardinal Place
Dublin, OH 43017

Chileno Properties
8301 Camp Bowie
Fort Worth, TX 76116

CNA
CO Galyean Insurance Agency
6130 S Farm To market 549
Rockwall, TX 75032

CoreMed
6988 Lebanon Road, Suite 102
Frisco, TX 75034

CR Bard
8195 Industrial Blvd
Covington, GA 30014

CT Wolters & Kluwer
55 Challenger Road, Suite 202
Ridgefield Park, NJ 07660

Cynthia Beauchamp
5608 Bushy Creek Trail
Dallas, TX 75252

Daily Solutions
2714 Pasadena Place
Flower Mound, TX 75022

Dallas County, CO Elizabeth Weller
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

DeLage Landen Financial Services
CO Jennifer D. Gould, Stark & Stark
777 Township Line Road, Suite 120
Yardley,PA 19067

Denton County c/o Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Roundrock, TX 78680-1269

Domenic Paolini
Paolini & Haley, P.C.
400 Tradeecenter, Ste. 5900
Woburn, MA 01801

Dominion Bank
Attn: Amenda Cone
17304 Preston Rd., Suite 430
Dallas, TX 75252

Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, TX 75093

Glen Wyant
5403 Janet Lane
Colleyville, TX 76034

GoVoip
2104 Roosevelt Drive, Suite C
Arlington, TX 76103

Grace Medical
P.O. Box 5178
Memphis, TN 38101

Great American Financial Services
P.O. Box 660831
Dallas, TX 75266-0831


Hanmi Bank
CO Christopher V. Arisco, Padfield & Sto
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102


HCP CRS2 Plano TX, LP
Attention: Asset Manager
3000 Meridian Boulevard, Suite 200
Franklin, TN 37067


Henry Schein
135 Duryea Rd.
Melville NY  11747


Idarado, LLC
Michael Bivati
13230 Cedar Lane
Dallas, TX 75234


IGenomeDx Inc.
4115 Medical Drive, Suite 201
San Antonio, TX 78229


Image First
3040 Quebec Street
Dallas, TX 75247


Infassure
700 International Pkwy, Ste. 108
Richardson, TX 75081


IPFS
P.O. Box 412066
Kansas City, MO 64141

IRS Insolvency Section
PO Box 7346
Philadelphia PA  19101-7346


Jani-King
P.O. Box 930484
Atlanta, GA 31193-0485


Jenny J. Liu, Attorney
P.O. Box 290
North Billerica, MA 01862


Jericho DFW
3416 Enterprise Drive, Suite 645
Rowlett, TX 75030


Johnson & Johnson Finance Corp.
501 George Street
New Brunswick, NJ 08901


Jordan Fowler
c/o Jamie R. Welton
Barnes & Thornburg, LLP
2121 North Pearl Street, Suite 700
Dallas, TX 75201

JPMorgan Chase
Preston Center LPO
8111 Preston Road, Floor 02
Dallas, TX 75225


JPMorgan Chase Bank NA
CO Michael Held, Jackson Walker
2323 Ross Avenue, Suite 600
Dallas, TX 75201


Karl Storz Capital
1111 Old Eagle School Road
Wayne, PA 19087

Karl Storz Endoscopy America
451 E. Grand Ave.
El Segundo, CA 90245


Lab Corp
P.O. Box 2550
Burlington, NC 27216-2250


Leaf Capital Funding
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Leaf Financial
PO Box 5066
Hartford, CT 06102-5066


Lonestar Cleaning
2620 Globe Avenue
Dallas, TX 75228


Medicus IT
100 North Point Center East #150
Alpharetta, GA 30022


Medivators
14605 28th Avenue N
Minneapolis, MN 55447


MedPro Waste Disposal
PO Box 5683
Carol Stream, IL 60197


Michael Biavati
13230 Cedar Lane
Dallas, TX 75234

Microsoft
PO Box 842103
Dallas, TX 75284-2103


Millbern Ray
P.O. Box 849
Bedford, TX 76095-0849


MMBC Bankruptcy Office
4331 Communications Drive
Dallas, TX 75211


Modern Biomedical Services
909 Lake Carolyn Pkwy, Ste 1100
Irving, TX 75039


National Joint Care
17051 Dallas Parkway, Suite 200
Addison, TX 75001


NFS Leasing, Inc.
Attn: Mark Blaisdell
900 Cummings Center, Suite 226-U
Beverly, MA 01915


Olympus America, Inc.
3500 Corporate Parkway
Center Valley, PA 18034


ParkHill Medical, LLC
17051 Dallas Parkway, Ste 200
Addison, TX 75001


Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80525

Pediatric Ophthalmology PA
Cynthia Beauchamp and John Tong
7150 Greenville Ave, Suite 305
Dallas, TX 75231

Pointe Medical Consultants
6026 East Univesity Blvd., Suite 105
Dallas, TX 75206

Priority One Consulting Group, Inc.
201 NJ-17, 6th Floor
Rutherford, NJ 07070

Provation
533 S. 3rd Street, Suite 300
Minneapolis, MN 55415

PSN Services
c/o Jamie R. Welton
Barns & Thornburg, LLP
2121 North Pearl Street, Suite 700
Dallas, TX 75201

Quintech
P.O. Box 947
Nash, TX 75569

Randall D. Armentrout
Nyemaster Good, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899

Refrigerated Specialists, Inc.
3100 East Meadows Blvd.
Mesquite, TX 75150

Robert Arnett
Carter Arnett
8150 N. Central Expy Suite 500
Dallas, TX 75206

Sequim Asset Solution, LLC
1130 Northchase Parkway, Suite 150
Marietta GA 30067

Service Experts
1207 Avenue L
Plano, TX 75074

Shred It
28883 Network Place
Chicago, IL 60673-1288

SIS
PO Box 930484
Atlanta, GA 31193-0484

SIS (fka Amkai)
PO Box 930484
Atlanta, GA 31193-0484

SKEC Investments
Stanley L. Davis
2145 Portofino Drive
Rockwall, TX 75032

Stanley L. Davis
2145 Portofino Drive
Rockwall, TX 75032

Staples
500 Staples Drive
Framingham, MA 01702

Stericycle
7734 S 133rd Street
Omaha, NE 68138

Steris Corporation
PO Box 676548
Dallas, TX 75267-6548


Stryer
3600 Holly Lane, Suite 40
Minneapolis, MN 55447


Surgical Notes
3100 Monticello Avenue, Suite 450
Dallas, TX 75205


Texas Air Systems
6029 Campus Circle, Suite 100
Irving, TX 75063


Texas Attorney General
Bankruptcy & Collections
Texas Health and Human Services Commissi
P.O. Box 12548 MC-008
Austin, Texas 78711

Texas Comptroller
111 E. 17th Street
Austin, Texas 78774-0100


Texas Workforce Comission
TWC Building
101 East 15th Street
Austin, TX 78778


Transworld Systems, Inc
1105 Schrock Road, Suite 300
Aolumbus, OH 43229


US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

WBW Surgical Supply Inc
6300 FM 2449
Ponder, TX 76259


William Camp
William W. Camp, P.C.
8445 Freeport Parkway, Suite 150
Irving, TX 75063


Wyant Investments, Glen Wyant
5403 Janet Lane
Colleyville, TX 76034